FILED

02/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0616

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

**SUPREME COURT CAUSE NO. DA 22-0616**

---

IN THE MATTER OF THE GUARDIANSHIP
OF:

M.H.O.

---

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME**

---

On appeal from the Montana Eighteenth Judicial District, In and for the County of Gallatin, Cause No. DG-21-43; Honorable Peter B. Ohman

Appellee/Petitioner Christopher Monaco has filed an unopposed motion for a thirty (30) day extension of the deadline to file his appellee brief from February 24, 2023 until March 27, 2023. Appellant Michael H. Oudens, pro se, does not oppose the motion.

For good cause appearing, IT IS ORDERED that the motion is GRANTED. Appellee's deadline for filing his appellee brief is extended from February 24, 2023 until March 27, 2023. Appellant shall file and serve any reply brief in accordance with the deadlines set forth in Rule 13, M. R. App. P.

True and correct copies of this order are being provided to counsel of record for the parties.

DATED this \_\_\_\_ day of February, 2023.

By: _____
Clerk of the Supreme Court

cc: Michael H. Oudens
Kelsey Bunkers

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 22 2023